In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00556-CV
_____

IN THE INTEREST OF B.A.B.

_____

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-211,882-B
_____

MEMORANDUM OPINION

On December 23, 2014, we notified the parties that the notice of appeal had not been timely filed, and informed the appellant that she could request an extension of time to file the notice of appeal. On January 8, 2015, we notified the parties that the appellant had not established indigence and warned that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the clerk's record or the appellant explained why additional time was needed to file the record. On January 12, 2015, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond to this Court's notices.

1

An appellant who wishes to proceed on appeal without payment of costs must file an affidavit of indigence. *See* Tex. R. App. P. 20.1. An appeal may be dismissed for want of prosecution if the appellant is not entitled to appeal without payment of costs and fails to pay for the clerk's record. *See* Tex. R. App. P. 37.3(b). An appeal may be dismissed if the appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or fails to respond to a notice from the clerk of the Court requiring a response of other action within a specified time. *See* Tex. R. App. P. 42.3(c).

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See generally* Tex. R. App. P. 20.1. Appellant failed to comply with notices that required a response. *See* Tex. R. App. P. 42.3(c). We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 18, 2015
Opinion Delivered February 19, 2015

Before Kreger, Horton, and Johnson, JJ.

2